IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **FIRST CHRISTIAN CHURCH OF PLANO,**     Plaintiff,  v.  **THE HANOVER INSURANCE GROUP,**     Defendant. | § § § § § § § § § § § § Civil Action No.: 4:17-cv-00728 |

## ORDER

Pending before the Court is Plaintiff First Christian Church of Plano ("Plaintiff") and Defendant The Hanover Insurance Group's ("Defendant") (collectively, the "Parties") Agreed Motion to Substitute Proper Party Defendant (the "Agreed Motion") (Dkt. 12). The Parties indicate that Defendant The Hanover Insurance Group should be substituted by Defendant The Hanover Insurance Company because it is the entity that issued the insurance policy at issue in this lawsuit. Upon consideration, the Court finds the Agreed Motion (Dkt. 12) is **GRANTED**.

**IT IS THEREFORE ORDERED** that the Clerk of Court is directed to restyle the case and amend the docket accordingly.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint (Dkt. 2) shall be deemed to have asserted all claims against Defendant The Hanover Insurance Company. Further, all pleadings filed by counsel for Defendant The Hanover Insurance Group shall be deemed filed on behalf of Defendant The Hanover Insurance Company.

**IT IS SO ORDERED.**

SIGNED this 28th day of November, 2017.

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE