# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| FIRST CHRISTIAN CHURCH OF PLANO<br>    PLAINTIFF | §<br>§<br>§<br>§<br>§ | |
| V. | §<br>§<br>§ | CIVIL ACTION NO. 4:17-CV-00728-ALM-KPJ |
| THE HANOVER INSURANCE GROUP<br>    DEFENDANT | §<br>§<br>§<br>§ | [JURY DEMANDED] |

## AGREED STIPULATION OF DISMISSAL PURSUANT TO SETTLEMENT

COME NOW, the Parties, Plaintiff, FIRST CHRISTIAN CHURCH OF PLANO, and Defendant, THE HANOVER INSURANCE GROUP, and respectfully file this Agreed Stipulation of Dismissal Pursuant to Settlement, with Prejudice and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii).

Plaintiff and Defendant have agreed upon an amicable resolution amongst themselves as well as by and through their counsel of record. Accordingly, there no longer remains a controversy with respect to the above-referenced and numbered cause.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff and the Defendant respectfully request that this Honorable Court enter an Order by which the above-referenced and numbered civil action shall be dismissed, with prejudice. Each Party is to bear its own costs.

Respectfully submitted,


By: /s/ Sean Patterson
    James M. McClenny; SBN: 24091857
    J. Zachary Moseley; SBN: 24092863
    Sean Patterson; SBN: 24073546
    MCCLENNY MOSELEY & ASSOCIATES, PLLC
    411 N. Sam Houston Pkwy. E., Suite 200
    Houston, Texas  77060
    Telephone:  (713) 334-6121
    Fax: 713.322.5953
    Email:  James@mma-pllc.com
        Zach@mma-pllc.com
        Sean@mma-pllc.com

**ATTORNEYS FOR PLAINTIFF**


By: /s/ Peri H. Alkas
    Peri H. Alkas
    ATTORNEY-IN-CHARGE
    State Bar No. 00783536
    Federal Bar No. 15785
    PHELPS DUNBAR, LLP
    500 Dallas St., Suite 1300
    Houston, Texas 77002
    Telephone (713) 626-1386
    Facsimile (713) 626-1388
    Email:  peri.alkas@phelps.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT**

**OF COUNSEL**:
Mark C. Dodart
TBN: 00792286
Ashley M. Parker
TBN: 24081085
PHELPS DUNBAR, LLP
500 Dallas St., Suite 1300
Houston, Texas 77002
Email: dodartm@phelps.com
      ashley.parker@phelps.com

PD.23946185.1